WENDY J. OLSON, IDAHO STATE BAR 7634
UNITED STATES ATTORNEY
KEVIN T. MALONEY, IDAHO STATE BAR 5095
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
800 PARK BLVD., SUITE 600
BOISE, IDAHO 83712
TELEPHONE: (208) 334-1211
FACSIMILE: (208)

U.S. COURTS
Rcvd_____Filed_____Time_____
OCT 0 5 2011
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>R & D HOLDINGS, LLC,<br>d.b.a. CULVER CONCEPTS, BRADLEY<br>ASGARD, AND BJORKLUND<br><br>Defendant. | Case No.: CR 11-0233-S EJL<br><br>**INFORMATION**<br><br>21 U.S.C. § 331(a)<br>21 U.S.C. § 333(a)(2) |

The United States Attorney charges:

## COUNT ONE

**Introduction and Delivery for Introduction of Misbranded Drugs
into Interstate Commerce with the Intent to Defraud and Mislead
21 U.S.C. §§ 331(a) and 333(a)(2)**

Beginning in approximately May, 2007, and continuing through December, 2009, R & D Holdings, LLC operated a number of subsidiaries and d.b.a.s, including Bjorklund, Bradley Asgard, Protocol Nutrition and Culver Concepts (hereinafter jointly "R & D"). R & D knowingly caused to be manufactured and distributed in interstate commerce the following products that were misbranded drugs falsely and misleadingly labeled as dietary supplements: Culver Concept's Orafinadrol 50, Bradley Asgard's Microdrol and Bjorklund's Methaldrostranalone.

**Information - 1**

Orafinadrol 50 contained Tren, which is a synthetic anabolic steroid that is closely related to the anabolic steroid trenbolone. Methyldrostanolone and Microdrol both contained the synthetic steroid methasterone, also known as methasteron and methyldrostanolone, and commonly referred to as "Superdrol". Thus, these products did not qualify as dietary supplements as defined at 21 U.S.C. § 321(ff).

R & D intended these products to affect the structure and function of the human body, specifically to increase muscle mass. Thus, these products were actually drugs, as defined at 21 U.S.C. § 321(g)(1)(c). Additionally, these products were misbranded drugs pursuant to 21 U.S.C. § 352(a) because they were falsely and misleadingly labeled as dietary supplements.

During this time, R & D, acting with the intent to defraud and mislead customers and the federal Food and Drug Administration, delivered for introduction in interstate commerce, Culver Concept's Orafinadrol 50, Bradley Asgard's Microdrol and Bjorklund's Methaldrostranalone, by shipping these drugs, from California to a retailer's warehouses in Boise, Idaho.

These actions violated 21 U.S.C. §§ 331(a) and 333(a)(2).

Respectfully submitted this 5 day of October, 2011.

WENDY J. OLSON
UNITED STATES ATTORNEY
By:

WENDY J. OLSON
United States Attorney

KEVIN T. MALONEY
Assistant United States Attorney

Information - 2