CRIMINAL PROCEEDINGS - **Sentencing**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

Judge B. Lynn Winmill  
Case No. **1:11-cr-233-BLW**  
Place: Boise  

Date: 1/17/2012  
Deputy Clerk: Jamie Gearhart  
Reporter: Tammy Hohenleitner  
Time: 11:42 am - 11:50 pm

UNITED STATES OF AMERICA vs R&D HOLDINGS, LLC

Counsel for United States - Kevin Maloney and Wendy Olson  
Counsel for Defendant - Charles Peterson  
Probation - Mandy Cox

(X) Charles Peterson appeared on behalf of Defendant R&D Holdings, LLC.  
(X) Counsel made sentencing recommendations to the Court.  
(X) No objections to the presentence report were filed.  
(X) Presentence report and addendum adopted by the Court.

SENTENCE: Defendant is hereby sentence to a term of probation for a period of 3 years.

Defendant shall pay a fine in the amount of $21,000. Defendant shall be required to pay interest in accordance with 18 U.S.C. 3612(f)(1) unless the fine is paid in full by the 15th day after the date the judgment is entered. $400 special assessment is due immediately. All payments to be made to Clerk of the Court, District of Idaho, 550 W. Fort St., Boise, ID 83724.

Defendant shall not commit another federal, state, or local crime. All standard conditions of supervision shall apply, plus the following special conditions:

1) The Defendant shall submit to the search of the business upon demand by the probation officer, without the necessity of a warrant, and submit to seizure of any contraband found therein.

2) The Defendant shall provide the Probation Officer with access to any and all requested financial information.

3) The organization shall make periodic submissions, not less than quarterly, reporting on the organization's financial condition and results of business operations, and accounting for the disposition of funds received.

4) The defendant will not manufacture, distribute, or market dietary supplements, muscle building products, or other products

subject to regulation pursuant to the Dietary Supplement Health Education Act or the drug provisions of the Food, Drug, and Cosmetic Act, under its own name, or any subsidiary or d.b.a name, for a period of two years from the date of sentencing.

5) If during the last year of probation, the organization decides to return to doing business in the dietary supplement industry, the organization should immediately advise the U.S. Probation Office. Further, the organization will be required to develop a plan, approved by the U.S. Probation Office and/ or FDA to test the products being manufactured and sold and the organization will be required to comply with the rules and regulations of the Dietary Supplement Health and Education Act, the FDA, and/or any agency with regulatory oversight.

6) The organization shall be required to notify the court or probation officer immediately upon learning of (A) any material adverse change in its business or financial condition or prospects, or (B) the commencement of any bankruptcy proceedings, major civil litigation, criminal prosecution, or any investigation or formal inquiry by governmental authorities regarding the organization.

(X) Defendant advised of penalties for violation of terms and
    conditions of probation.

(X) Right to appeal explained.